UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GILA JEAN BURTON-CURL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOUSING URBAN DEVELOPMENT, et al.,<br><br>Defendants. | Case No. C26-2227-LK<br><br>ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |

Because Plaintiffs do not appear to have funds available to afford the $405.00 filing fee, Plaintiffs financially qualify for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiffs' IFP applications, Dkt. 4 & Dkt. 7 at 2-3, are GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiffs and to the assigned District Judge.

Dated this 14th day of August, 2026.

S. KATE VAUGHAN
United States Magistrate Judge